# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>        Plaintiffs,<br><br>   v.<br><br>LOTUS FALAFEL AND SHAWERMA INC.,<br><br>        Defendants. | Case No. 21-cv-06407-SI   (SI)<br><br>**ORDER OF CONDITIONAL DISMISSAL UPON SETTLEMENT** |

The parties to the action, by their counsel, have advised the court that they have agreed to a settlement.

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, that if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within ninety days from the date hereof (12/28/2021), that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: September 29, 2021

_____
SUSAN ILLSTON
United States District Judge